1   WILLIAM H. GREEN, #129846
    WILLIAM H. GREEN, ATTORNEY
2   2 Wanda Way
    Martinez, California  94553
3   Telephone:     (925) 890-6408
    Facsimile:     (925) 887-4357
4   Email:  greenbill@pacbell.net

5   Attorney for Defendant
    Emile Y. Jilwan
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,           CASE NO.  CR 09 0417 EMC

13              Plaintiff,               STIPULATION AND [~~PROPOSED~~] ORDER
                                         EXCLUDING TIME
14   v.
                                         Hon. Edward M. Chen
15   MAHER FAYEZ KARA, MOUNIR
     FAYEZ KARA (aka MICHAEL F.
16   KARA), EMILE YOUSSEF JILWAN,

17              Defendants.

18

19

20          WHEREAS, co-defendants MAHER FAYEZ KARA and  MOUNIR FAYEZ KARA

21   recently agreed to resolve their cases leaving EMILE YOUSSEF JILWAN as the only remaining

22   defendant, and defendant's counsel believes that additional time is necessary for effective

23   preparation and to pursue resolution of the defendant's case prior to setting a trial date in light of

24   the change of posture of the co-defendants' cases;

25          WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable

26   time necessary for effective preparation, taking into account the exercise of due diligence, and

27   under the circumstances the ends of justice served by a reasonable continuance outweigh the best

28   interest of the public and the defendant in a speedy trial;

                                  -1-

WHEREAS, the defendant consents to a continuation of this case for the above reasons and consents to the exclusion of time from July 20, 2011 until August 10, 2011;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the period of time from July 20, 2011 until August 10, 2011 shall be excluded in computing the time within which the trial of the offense alleged in the Indictment must commence under Title 18, United States Code, Section 3161.

The parties respectfully request that the Court vacate the status hearing currently scheduled for 2:30 p.m. on July 20, 2011, and reschedule this matter for a Trial and Motions Setting Conference at 2:45 p.m. on August 10, 2011.

.

DATED: July 14, 2011                    MELINDA HAAG
                                        United States Attorney


                                        _____/s/_____
                                        Adam A. Reeves
                                        Assistant United States Attorney



DATED: July 14, 2011                    _____/s/_____
                                        William H. Green, Esq.
                                        Counsel for Emile Jilwan

-2-

ORDER EXCLUDING TIME                                    CASE NO. CR 09 0417 EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On the basis of material submitted to the Court, IT IS HEREBY ORDERED:

The Court finds that the ends of justice served by granting a continuance from July 20, 2011 until August 10, 2011 outweighs the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court therefore concludes that this exclusion of time from July 20, 2011 until August 10, 2011 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

The Court vacates the status hearing currently scheduled for 2:30 p.m. on July 20, 2011, and reschedules this matter for a Trial and Motions Setting Conference on August 10, 2011 at 2:45 p.m. and defendant Emile Jilwan is required to appear at that time.

IT IS SO ORDERED.

Dated: _____7/14/11_____

By:_____

UNITED STATES _____ JUDGE



IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-3-