1  WILLIAM H. GREEN, #129846
   WILLIAM H. GREEN, ATTORNEY
2  2 Wanda Way
   Martinez, California 94553
3  Telephone:   (925) 890-6408
   Facsimile:   (925) 887-4357
4  Email: greenbill@pacbell.net

5  Attorney for Defendant
   Emile Y. Jilwan

6

7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | CASE NO. CR 09 0417 EMC |
| 13           Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| 14  v. | Hon. Edward M. Chen |
| 15  MAHER FAYEZ KARA, MOUNIR FAYEZ KARA (aka MICHAEL F. KARA), EMILE YOUSSEF JILWAN, | |
| 17           Defendants. | |

18

19

20     WHEREAS, co-defendants MAHER FAYEZ KARA and MOUNIR FAYEZ KARA

21 recently agreed to resolve their cases leaving EMILE YOUSSEF JILWAN as the only remaining

22 defendant, and defendant's counsel believes that additional time is necessary for effective

23 preparation and to pursue resolution of the defendant's case prior to setting a trial date in light of

24 the change of posture of the co-defendants' cases;

25     WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable

26 time necessary for effective preparation, taking into account the exercise of due diligence, and

27 under the circumstances the ends of justice served by a reasonable continuance outweigh the best

28 interest of the public and the defendant in a speedy trial;

WHEREAS, the defendant consents to a continuation of this case for the above reasons and consents to the exclusion of time from October 5, 2011 until November 2, 2011 and the government does not object to this request;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the period of time from October 5, 2011 until November 2, 2011 shall be excluded in computing the time within which the trial of the offense alleged in the Indictment must commence under Title 18, United States Code, Section 3161.

The parties respectfully request that the Court vacate the status hearing currently scheduled for 2:30 p.m. on October 5, 2011, and reschedule this matter for a Trial and Motions Setting Conference at 2:30 p.m. on November 2, 2011.

.

DATED: September 30, 2011        MELINDA HAAG
                                 United States Attorney


                                 ____/s/_____
                                 Adam A. Reeves
                                 Assistant United States Attorney



DATED: September 30, 2011        _____/s/_____
                                 William H. Green, Esq.
                                 Counsel for Emile Jilwan

1
2       On the basis of material submitted to the Court, IT IS HEREBY ORDERED:
3       The Court finds that the ends of justice served by granting a continuance from October 5,
4   2011 until November ~~2,~~ 4 2011 outweighs the best interests of the public and the defendant in a
5   speedy trial and in the prompt disposition of criminal cases.  The Court therefore concludes that
6   this exclusion of time from October 5, 2011 until November ~~2~~ 4, 2011 should be made under Title
7   18, United States Code, Sections 3161(h)(7)(B)(iv).
8       The Court vacates the status hearing currently scheduled for 2:30 p.m. on October 5,
9   2011, and reschedules this matter for a Trial and Motions Setting Conference on ~~November 2,~~
    November 4, 2011 at 1:00 p.m.
10  ~~2011 at 2:30 p.m.~~ and defendant Emile Jilwan is required to appear at that time.
11      IT IS SO ORDERED.
12  Dated:  10/4/11
13
14                                                  By:_____
                                                    UNITED STATES
15
16 
17
18
19
20
21
22
23
24
25
26
27
28

-3-

ORDER EXCLUDING TIME                              CASE NO. CR 09 0417 EMC