1  WILLIAM H. GREEN, #129846
   WILLIAM H. GREEN, ATTORNEY
2  2 Wanda Way
   Martinez, California  94553
3  Telephone:     (925) 890-6408
   Facsimile:      (925) 887-4357
4  Email:  greenbill@pacbell.net

5  Attorney for Defendant
   Emile Y. Jilwan
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          CASE NO.  CR 09 0417 EMC

13             Plaintiff,              STIPULATION AND [PROPOSED] ORDER
                                       EXCLUDING TIME
14  v.
                                       Hon. Edward M. Chen
15  MAHER FAYEZ KARA, MOUNIR
    FAYEZ KARA (aka MICHAEL F.
16  KARA), EMILE YOUSSEF JILWAN,

17             Defendants.

18

19

20        WHEREAS, co-defendants MAHER FAYEZ KARA and MOUNIR FAYEZ KARA

21  recently agreed to resolve their cases leaving EMILE YOUSSEF JILWAN as the only remaining

22  defendant, and defendant's counsel believes that additional time is necessary for effective

23  preparation and to pursue resolution of the defendant's case prior to setting a trial date in light of

24  the change of posture of the co-defendants' cases;

25        WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable

26  time necessary for effective preparation, taking into account the exercise of due diligence, and

27  under the circumstances the ends of justice served by a reasonable continuance outweigh the best

28  interest of the public and the defendant in a speedy trial;

                                    -1-

WHEREAS, the defendant consents to a continuation of this case for the above reasons and consents to the exclusion of time from December 14, 2011 until January 25, 2012 and the government does not object to this request;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the period of time from December 14, 2011 until January 25, 2012 shall be excluded in computing the time within which the trial of the offense alleged in the Indictment must commence under Title 18, United States Code, Section 3161.

The parties respectfully request that the Court vacate the status hearing currently scheduled for 2:30 p.m. on December 14, 2011, and reschedule this matter for a Trial and Motions Setting Conference at 2:30 p.m. on January 25, 2012.

.

DATED: December 8, 2011                    MELINDA HAAG
                                           United States Attorney


                                           _____/s/_____
                                           Adam A. Reeves
                                           Assistant United States Attorney



DATED: December 8, 2011                    _____/s/_____
                                           William H. Green, Esq.
                                           Counsel for Emile Jilwan

-2-

1

2

3   On the basis of material submitted to the Court, IT IS HEREBY ORDERED:

4   The Court finds that the ends of justice served by granting a continuance from December

5   14, 2011 until January 25, 2012 outweighs the best interests of the public and the defendant in a

6   speedy trial and in the prompt disposition of criminal cases.  The Court therefore concludes that

7   this exclusion of time from December 14, 2011 until January 25, 2012 should be made under

    Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

8   The Court vacates the status hearing currently scheduled for 2:30 p.m. on December 14,

9   2011, and reschedules this matter for a Trial and Motions Setting Conference on January 25, 2012

10  at 2:30 p.m. and defendant Emile Jilwan is required to appear at that time.

11  IT IS SO ORDERED.

12  Dated:   12/12/11
             _____

13

14  By:_____
    UNITED                            E

15

16

17

18



19

20

21

22

23

24

25

26

27

28

ORDER EXCLUDING TIME                                      CASE NO. CR 09 0417 EMC