MELINDA HAAG (CSBN 132712)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ADAM A. REEVES (NYSB 2363877)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7157
   Facsimile: (415) 436-7234
   Adam.Reeves@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> EMILE YOUSSEF JILWAN, ) <br> ) <br>     Defendant. ) <br> ) | Case No. CR 09 – 0417 EMC <br><br> STIPULATION AND <br> [PROPOSED] ORDER |

    WHEREAS, on January 25, 2012, the United States and the defendant, Emile Youssef Jilwan, entered into a Deferred Prosecution Agreement whereby, as described in further detail therein, the defendant admitted and accepted responsibility for the conduct alleged in Count Thirty-Eight of the Indictment, charging him with obstruction in violation of 18 U.S.C. § 1505; promised to cooperate with the government's related cases; and promised to settle the forfeiture allegations charged by the United States and make all required payments pursuant to the defendant's settlement of a parallel civil enforcement action brought by the United States Securities and Exchange Commission.  Pursuant to the Deferred Prosecution Agreement, and in reliance on the defendant's promises made therein, the United States deferred its prosecution of Count Thirty-Eight; and dismissed the charges in Counts One and Thirty through Thirty-Six, as

*United States v. Jilwan.*, Case No. CR 09 - 0417 EMC
STIPULATION AND [PROPOSED] ORDER

1   to defendant Emile Jilwan only.

2       WHEREAS, the Court adjourned the matter until January 23, 2013 for status and found
3   that the period of time from January 25, 2012 to January 23, 2013 was properly excluded in
4   computing the time within which the trial of the offense alleged in the Indictment must
5   commence pursuant to 18 U.S.C. § 3161(h)(2) because this was a period of delay during which
6   prosecution would be deferred by the attorney for the government pursuant to a written
7   agreement, in this case, the January 25, 2012 Deferred Prosecution Agreement, with approval
8   from the Court, for the purpose of allowing the defendant to demonstrate his good conduct.

9       WHEREAS, the Court then ordered that the status conference be adjourned one week
10  until January 30, 2013.

11      WHEREAS, the Court also has scheduled the trials of two related cases, *United States v.*
12  *Salman* and *United States v. Bayyouk*, to commence on June 24, 2013 and August 26, 2013,
13  respectively.

14      WHEREAS, the government anticipates that Emile Jilwan may be a witness and testify at
15  one or both trials pursuant to his promise to cooperate in good faith with the pending cases until
16  they have been adjudicated.

17      WHEREAS, the parties recommend that this case be adjourned until a date that is
18  convenient for the Court in October 2013, after the conclusion of the two pending trials.

19      THEREFORE, it is hereby stipulated by and between the parties, through their respective
20  counsel of record, that the status conference scheduled for January 30, 2013 shall be adjourned
21  until October 23, 2013 and the period of time from January 23, 2013 until October 23, 2013 shall
22  be excluded, pursuant to 18 U.S.C. § 3161(h)(2), in computing the time within which the trial of
23  the offense alleged in the Indictment for defendant Emile Jilwan must commence under Title 18,
24  United States Code, Section 3161.

*United States v. Jilwan.*, Case No. CR 09 - 0417 EMC
STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| DATED: January 28, 2013 | MELINDA HAAG<br>United States Attorney<br><br>/s/<br>_____<br>Adam A. Reeves<br>Assistant United States Attorney |
| DATED: January 28, 2013 | /s/<br>_____<br>William H. Green, Esq.<br>Counsel for Emile Jilwan |

**IT IS SO ORDERED.**

DATED:            January 29, 2013

_____
HON. EDWARD M. CHEN
United States District Court
Northern District of California

*IT IS SO ORDERED*
*Judge Edward M. Chen*

*United States v. Jilwan.*, Case No. CR 09 - 0417 EMC
STIPULATION AND[ PROPOSED] ORDER

3